BEFORE THE THIRD DIVISION, MARCH 26, 1947

**No. 51637.**—Protests 871484–G, etc., of Q. W. Lung Co. et al. (Boston).

Opinion by CLINE, J. It was stipulated that the merchandise consists of kumquats similar in all material respects to those the subject of *United States* v. *Fung Chong Co.* (34 C. C. P. A. 40, C. A. D. 342). In accordance therewith the claim at 1 cent per pound under paragraph 743 was sustained.